

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Antonio De La Cruz,                              * From the 106th District Court
of Dawson County, Texas
Trial Court No. 15-7606.

Vs. No. 11-15-00281-CR                    * March 31, 2017

The State of Texas,                             * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.